CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 4 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MELVIN ANTONIO ALSTON, SR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00575 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the instant complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state

a claim upon which relief may be granted. Any pending motions are hereby **DENIED as MOOT**,

and this case is **STRICKEN** from the active docket of the court.[*]

The Clerk is directed to send copies of this order and accompanying memorandum opinion

to plaintiff.

**ENTER**: This ___14th___ day of December, 2007.

_Glen E. Conrad_
United States District Judge

---

[*] Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).